UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Eric X. Rambert, | : | CIVIL ACTION NO. 3:CV-14-2131 |
| Plaintiff | : | (Judge Nealon) |
| v. | : | |
| DEPARTMENT OF CORRECTIONS, et al., | : | FILED SCRANTON |
| Defendants | : | DEC 1 5 2014 |

**ORDER**

**AND NOW, THIS 15th DAY OF DECEMBER, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's "Motion to Withdraw", filed December 10, 2014, (Doc. 12), is construed as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

2. Plaintiff's motion, (Doc. 12), is **GRANTED** without prejudice.

3. The Clerk of Court is directed to **CLOSE** this case.

United States District Judge